Exhibit A to the Complaint

**Location:** Houston, TX  
**Total Works Infringed:** 24

**IP Address:** 73.155.101.185  
**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 0616906E5B0D445A8FB469D45908C91D24F6CD2F | 07/09/2025 08:19:22 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 2 | B232F6C7054DB73F98230AB71EB6F8400C033F12 | 07/08/2025 11:20:20 | Blacked Raw | 03/20/2023 | 04/07/2023 | PA0002405757 |
| 3 | 754BDC6355B237D5F389EFCB3176BB2857422091 | 07/07/2025 23:39:48 | Milfy | 12/04/2024 | 12/13/2024 | PA0002506316 |
| 4 | 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC | 04/03/2025 21:38:17 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 5 | 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275 | 04/03/2025 21:36:17 | Vixen | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 6 | AD5C18C1994C5C7C76E738EE43E039563A9A8BD2 | 03/24/2025 07:55:37 | Vixen | 11/15/2019 | 12/03/2019 | PA0002232048 |
| 7 | DA2B01E9B71CDF13CF8442E993A3A22EC96B6326 | 03/24/2025 07:53:35 | Vixen | 08/07/2019 | 08/26/2019 | PA0002213240 |
| 8 | 3EFE1972448E3CEE7089031141791E80FEE4781A | 03/24/2025 07:52:47 | Blacked | 12/11/2019 | 01/03/2020 | PA0002219628 |
| 9 | C5F97651D6D0ACCAF80962B6D247D3DB106817EF | 03/04/2025 03:19:44 | Blacked | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 10 | E26CBC5FCF1404C17A1BD92E6623910B3B9698CE | 03/04/2025 03:18:06 | Vixen | 06/26/2020 | 08/03/2020 | PA0002259094 |
| 11 | DBA02866E5BD0D4D5FCFFB15FEB41DBEC49237EE | 02/22/2025 23:34:02 | Vixen | 05/05/2023 | 05/15/2023 | PA0002411290 |
| 12 | FF16D5C558E22B9BA334778EF92DDCAC4B9C219F | 02/22/2025 23:29:59 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 13 | 88620B073A78B5264AADA5BCF92E3754C8168416 | 02/20/2025 18:11:32 | Blacked Raw | 09/01/2022 | 11/24/2022 | PA0002388645 |
| 14 | 89FD3837A3C4E4D5E5C8398F16D7B3E4869B7A78 | 02/20/2025 18:07:02 | Vixen | 10/01/2019 | 10/21/2019 | PA0002207746 |
| 15 | 905E4F7C416218B8230D0E3F77FEE0E5409D7995 | 12/28/2024 05:31:02 | Blacked Raw | 09/16/2022 | 10/05/2022 | PA0002373764 |
| 16 | 2E7DB9DA1E12BC2963F7DC66AC300417AD983BC7 | 12/28/2024 03:19:04 | Blacked Raw | 12/13/2019 | 01/22/2020 | PA0002234865 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E | 12/26/2024 00:29:27 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 18 | 7B364338CD90FC951B3F536B186EBA30DE4246FC | 12/20/2024 05:44:31 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 19 | 2918BDB991FE3BBC54C59C045CC0C24DAA1CBFF4 | 11/19/2024 07:12:28 | Tushy | 02/10/2019 | 03/24/2019 | PA0002184028 |
| 20 | 4615FF136FFFC87A2B164521D04F6EF3E16D8EC4 | 11/19/2024 07:07:32 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 21 | 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32 | 11/19/2024 07:04:40 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 22 | B80966EB25CE62DA272DA719ED0EFEF0C671D237 | 11/19/2024 06:59:30 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 23 | 0B20D0F044F9E1FEDFD0715E8A9208D30590133E | 11/12/2024 20:54:46 | Blacked Raw | 11/01/2021 | 11/11/2021 | PA0002321320 |
| 24 | 842C2D5FCAA50EF7D199067049F4DA0DCC8CFDBA | 10/05/2024 18:48:37 | Milfy | 09/18/2024 | 10/16/2024 | PA0002494686 |